UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 AUG 10 AM 9:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM EDWARD TOMPKINS,

        Defendant.

CASE NO. 12CR2658-BAS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_\_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

    18:2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct

    18:2252(a)(4)(B); 18:2253(a)(1), 2253(a)(3) - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Criminal Forfeiture

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/03/12

                                Anthony J. Battaglia
                                U.S. Magistrate Judge